IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUSSEL WILLIAMS HOME SERVICES LLC,** : | CIVIL ACTION NO. 1:25-CV-1665 |
| : | |
| : | **(Judge Neary)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **MINLEON INTERNATIONAL (USA) LIMITED LLC, MINLEON GROUP LTD, and HOLIDAY LIGHTING MANAGEMENT, LLC,** : | |
| : | |
| **Defendants** : | |

### ORDER

AND NOW, this 17th day of December, 2025, upon consideration of plaintiff's motion (Doc. 6) for a temporary restraining order and preliminary injunction, and the parties' respective briefs in support of and in opposition to thereto, (see Docs. 7, 25, 27), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 6) for a temporary restraining order and preliminary injunction is DENIED.

2.  No later than **Friday, January 2nd, 2026**, Attorneys Joshua L. Schwartz and Justin A. Tomevi shall show cause as to:

    a.  Why non-existent quotes to Abbott Lab'ys v. Sandoz, Inc., 544 F.3d 1341 (Fed. Cir. 2008) and Abbott Lab'ys v. Andrx Pharms., Inc., 452 F.3d 1331 (Fed. Cir. 2006) appeared on pages 11 and 14 in the brief (Doc. 25) they filed.

    b.  What steps they have taken to ensure invented quotations do not appear in any future briefs they file.

    c.  Why they should not be sanctioned under Federal Rule of Civil Procedure 11.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania